THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDALL JOSEPH JONAS, Appellant.— STALEY, JR., J.

616

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Staley, Jr., J.